# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANTWAN D. HOPSON,<br><br>Petitioner,<br><br>v.<br><br>GARY BOUGHTON,<br><br>Respondent. | Case No. 23-CV-457-JPS<br><br>**ORDER** |

On April 7, 2023, Petitioner Antwan D. Hopson ("Hopson") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, along with a motion for stay and abeyance. ECF No. 3. On July 21, 2023, the Court granted the unopposed motion to stay the petition and administratively closed the case. ECF No. 10. Pending before the Court are Respondents' motions to lift the stay and dismiss the petition in part, motion to dismiss for the failure to prosecute, Petitioner's motion to continue the stay, and Petitioner's motion for leave to file a late response. ECF Nos. 13, 15, 17, 18.

At this juncture, the Court will grant Petitioner's motion to continue the stay based on his assertion that he has an additional claim that has yet to be exhausted in state court. *See* ECF No. 17. Respondent sought to lift the stay based on the fact that Petitioner's state court proceedings had concluded. ECF No. 14. Thereafter, Respondent sought to dismiss the petition for the failure to prosecute based on Petitioner's lack of response and his previous failure to provide timely updates to the Court. ECF No. 15. Petitioner then timely responded to the motion to dismiss and explained that he has an additional claim that has yet to be exhausted in state court.

ECF No. 17. Petitioner further explained that he had been transferred to another institution during the response period to the first motion, that he was separated from his legal materials, and that he experienced serious mental health issues at the time. ECF No. 18. As such, the Court will grant Petitioner's motion to accept the late filing for good cause.

In an abundance of caution, the Court will grant Petitioner's motion to continue the stay and will deny without prejudice Respondent's motions to dismiss and to lift the stay. However, Petitioner must show that a continued stay is necessary as he continues to update the Court on the progress of his state court proceedings. He will be required to file a status report every sixty days regarding the status of his exhaustion efforts, and the Court reemphasizes that this case will be dismissed without further notice and without prejudice if he fails to do so.

Accordingly,

**IT IS ORDERED** that Petitioner's motion to continue the stay and for a stay and abeyance, ECF No. 17, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Petitioner's motion for leave to file a late response, ECF No. 18, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Respondent's motion to lift stay and motions to dismiss, ECF Nos. 13, 15, be and the same are hereby **DENIED without prejudice**; and

**IT IS FURTHER ORDERED** that Petitioner shall file a report on the status of his efforts to exhaust his state court remedies **every sixty days** until that process is completed. If Petitioner fails to file any such status reports, this action will be dismissed without further notice and without prejudice.

Dated at Milwaukee, Wisconsin, this 23rd day of November, 2026.

BY THE COURT

J.P. Stadtmueller
U.S. District Judge